AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cote, Denise L. | U.S.D.C., S.D.N.Y. | 04/30/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court, Room 1610
500 Pearl Street
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisor to the Restatement of Law III, Economic Torts and Related Wrongs | American Law Institute |
| 2. | Advisory Board Member | NYU Law School Engelberg Center for Innovation Policy |
| 3. | Judicial Advisor | Sedona Conference Working Group on Trade Secrets |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 03/30/17-03/31/17 | Washington, DC | Antitrust Section Conference | Travel, lodging, and meals |
| 2. | Judicial Conference of the United States | 06/04/17-06/08/17 | San Francisco, CA | Judicial Conference Committee on Criminal Law | Travel, lodging, and meals |
| 3. | United States Department of Commerce | 08/05/17-08/13/17 | Jerusalem and Ramallah, Israel | Commercial Law Development Program | Travel, lodging, and meals |
| 4. | National Association of Attorneys General | 11/16/17-11/17/17 | Providence, RI | Antitrust Seminar | Travel, lodging, and meals |

| 5. | Judicial Conference of the United States | 12/03/17-12/05/17 | Philadelphia, PA | Judicial Conference Committee on Criminal Law | Travel, lodging, and meals |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L. | 04/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SCHWAB ACCOUNT WITH JB GLOBAL | | | | | | | | | See lines 2 through 17 |
| 2. Schwab Emerging Markets ETF | D | Dividend | N | T | Buy (add'l) | 03/13/17 | K | | |
| 3. | | | | | Buy (add'l) | 04/19/17 | K | | |
| 4. | | | | | Buy (add'l) | 09/11/17 | L | | |
| 5. Vanguard Short Term Corp Bond ETF | C | Dividend | N | T | Buy | 04/26/17 | N | | |
| 6. WisdomTree Japan ETF | D | Dividend | M | T | Buy (add'l) | 03/13/17 | K | | |
| 7. | | | | | Buy (add'l) | 04/19/17 | K | | |
| 8. Schwab Large Cap Value ETF | C | Dividend | M | T | Sold (part) | 09/11/17 | L | | |
| 9. Market Vectors Gold ETF | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 10. Vanguard Short Term | C | Dividend | M | T | | | | | |
| 11. Schwab Advisor Cash Reserves | A | Dividend | K | T | Sold (part) | 12/15/17 | J | | |
| 12. Steel Companies ETF | | None | | | Sold (part) | 01/30/17 | M | | |
| 13. | | | | | Sold | 02/13/17 | J | | |
| 14. Vanguard Energy ETF | | None | | | Sold (part) | 03/13/17 | K | | |
| 15. | | | | | Sold | 03/23/17 | K | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. SECOND SCHWAB ACCOUNT WITH JB GLOBAL | | | | | | | | | See lines 19 through 27 |
| 19. Schwab Emerging Markets ETF | A | Dividend | K | T | | | | | |
| 20. Schwab Large Cap Value ETF | A | Dividend | K | T | | | | | |
| 21. Steel Companies ETF | A | Dividend | J | T | | | | | |
| 22. WisdomTree Japan ETF | A | Dividend | J | T | | | | | |
| 23. Financials SPDR ETF | A | Dividend | J | T | | | | | |
| 24. Market Vectors Gold ETF | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 25. Vanguard Healthcare Fund | A | Dividend | J | T | | | | | |
| 26. Schwab Government Money Fund | A | Dividend | K | T | | | | | |
| 27. Vanguard Energy ETF | A | Dividend | | | Sold | 07/31/17 | J | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. Chase Account | | None | K | T | | | | | |
| 31. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L. | 04/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Denise L. Cote**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544